IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OFFICER MOURGOS, ET AL.,<br><br>　　　　Defendants.<br>_____ | Nos. C 07-2383 CW (PR)<br><br>ORDER DISMISSING ACTION<br>WITHOUT PREJUDICE |

　　　Jerome L. Grimes, formerly an inmate at the San Francisco County Jail, filed this action on May 2, 2007.  On that same date the Clerk of the Court sent a notice to Plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's <u>in forma pauperis</u> application.  The Clerk sent Plaintiff a blank <u>in forma pauperis</u> application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed.  More than thirty days have passed and Plaintiff has not paid the filing fee or returned the <u>in forma pauperis</u> application.

　　　Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  The Clerk of the Court shall close the file.  No filing fee is due.

　　　IT IS SO ORDERED.

DATED:  6/11/07

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEROME L GRIMES et al,

    Plaintiff,

v.

FREMONT POLICE OFFICERS et al,

    Defendant.

Case Number: CV07-02383 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes
263 Vernon St.
San Francisco, CA 94132

Dated: June 11, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk